# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES V. INOCENCIO LAINEZ LEIVA

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C is now confined to the Northern State Prison

2. INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C, will be required at the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on September 21, 2010 at 9:00 a.m., for a Plea Hearing, in the above-captioned case.   A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 14, 2010

Lakshmi Srinivasan Herman, A.U.S.A.
Petitioner

Let the Writ Issue.
DATED: 9/15/10

## ORDER

Hon. Katharine S. Hayden, U.S. District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison:
WE COMMAND YOU that you have the body of

INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C

now confined at the Northern State Prison, brought to the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on September 21, 2010 at 9:00 a.m., for a Plea Hearing, in the above-captioned case.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: September 14, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk