# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES V. INOCENCIO LAINEZ LEIVA                 10 - 302

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C is now confined to the Northern State Prison

2. INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C, will be required at the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on September 28, 2010 at 9:00 a.m., for a Plea Hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 21, 2010

_____
Lakshmi Srinivasan Herman, A.U.S.A.
Petitioner

---

## ORDER

Let the Writ Issue.
DATED: 9/21/10

_____
Hon. Katharine S. Hayden, U.S. District Judge

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison:
WE COMMAND YOU that you have the body of

INOCENCIO LAINEZ LEIVA, State of NJ SBI No. 149780C

now confined at the Northern State Prison, brought to the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on September 28, 2010 at 9:00 a.m., for a Plea Hearing, in the above-captioned case.

   WITNESS the Honorable Katharine S. Hayden
   United States District Judge
   Newark, New Jersey.

DATED: September 21, 2010          WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: _____
                                         Deputy Clerk